JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA   **Category No.** II   **Investigating Agency** HSI, DOT-OIG
**City** Brockton
**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   [ ] Yes [✓] No

Defendant Name: Ngan K. Dinh   Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name:
Address: Dorchester, MA
Birth date (Yr only): 1975   SSN (last 4#): 8825   Sex: M   Race: Asian   Nationality: US

Defense Counsel if known: Roland Pham   Address: 859 Willard St., Ste 400
Bar Number: 659335   Quincy, MA 02169

**U.S. Attorney Information**
AUSA: Christine Wichers, Adam Deitch   Bar Number if applicable: _____

Interpreter: [✓] Yes [ ] No   List language and/or dialect: Vietnamese

Victims: [ ] Yes [✓] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

Matter to be SEALED: [ ] Yes [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:**
**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint   [✓] Information   [ ] Indictment
**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[ ] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/31/2024   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Ngan K. Dinh

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Honest Services Mail Fraud | 1 |
| Set 2 | 18 USC 981, 28 USC 2461 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013